**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
ADRIENNE YOUNGBLOOD,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE YOUNGBLOOD,, <br><br> Plaintiff, <br><br> vs. <br><br><br> CAPITAL ONE BANK, N.A., <br><br> Defendant(s), | Case No.: 2:19-cv-04689-SVW-AGR <br><br> **NOTICE OF SETTLEMENT** |

## <u>NOTICE OF SETTLEMENT</u>

NOW COMES Plaintiff, ADRIENNE YOUNGBLOOD,, by and through the

undersigned counsel, and hereby notifies this Honorable Court that the parties have

reached an agreement to settle the instant matter in its entirety. The parties, through

counsel, are working cooperatively to consummate the settlement as expeditiously

- 1 -

as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: July 23, 2019          **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

- 2 -

NOTICE OF SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.


By:  /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

NOTICE OF SETTLEMENT