**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
ADRIENNE YOUNGBLOOD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE YOUNGBLOOD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>　　　　　Defendant(s). | Case No.: 2:19-cv-04689-SVW-AGR<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　NOW COMES Plaintiff, ADRIENNE YOUNGBLOOD ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses her claims *with* prejudice.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: August 12, 2019 | **MARTIN & BONTRAGER, APC** |
|   |   |
|   | By: /s/ Nicholas J. Bontrager |
|   | Nicholas J. Bontrager |
|   | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.